# MANDATE

S.D.N.Y. – N.Y.C.
22-cv-3822
Caproni, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of October, two thousand twenty-four.

Present:
        Richard C. Wesley,
        Gerard E. Lynch,
        Maria Araújo Kahn,
            *Circuit Judges*.

---

United States Commodity Futures Trading Commission,

    *Plaintiff-Appellee*,

ABC,

    *Plaintiff*,

United States of America,

    *Intervenor*,

    v.                                                  24-1493 (L),
                                                                   24-2008 (Con),
Eddy Alexandre,                                             24-2044 (Con)

    *Defendant-Appellant*,

DEF, Eminifx Inc.,

    *Defendants*.

-----------------------------------------

David A Castleman, Temporary Receiver, as Court-Appointed Receiver,

**MANDATE ISSUED ON 01/02/2025**

      *Receiver-Appellee.*
_____

Appellant, pro se, moves for in forma pauperis status in these consolidated appeals. Appellee, through counsel, moves to dismiss the appeals for lack of jurisdiction. The appeal in 24-1493 challenges the denial of Appellant's motion to compel the return of a laptop and the denial of reconsideration. The appeal in 24-2008 challenges the denial of Appellant's motion to dismiss the complaint and to compel arbitration. The appeal in 24-2044 challenges the denial of Appellant's motion to oppose the adoption of a status report from the receiver and to stay the approval of the receiver's fee application.

This Court has determined that it lacks jurisdiction over the appeals in 24-1493 and 24-2044 because the district court has not issued a final order as contemplated by 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008). Upon due consideration, it is hereby ORDERED that Appellee's motions are GRANTED in 24-1493 and 24-2044, and those appeals are DISMISSED for lack of jurisdiction. It is further ORDERED that Appellant's motions for in forma pauperis status are DENIED as moot in those appeals.

With respect to 24-2008, Appellee's motion is GRANTED in part as to the denial of the motion to dismiss, and the appeal is DISMISSED in part for lack of jurisdiction as to that challenge. It is further ORDERED that as to the denial of the motion to compel arbitration, Appellant's motion for in forma pauperis status is DENIED and the appeal is DISMISSED in remaining part because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see* 28 U.S.C. § 1915(e).

      FOR THE COURT:
      Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit